CADES SCHUTTE LLP
A Limited Liability Law Partnership

NICHOLAS C. DREHER        1299-0
THEODORE D.C. YOUNG    5735-0
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: (808) 521-9200
Facsimile: (808) 521-9210
Email: ndreher@cades.com
Email: tyoung@cades.com

Attorneys for Defendant and
Third-Party Plaintiff
DOWNEY SAVINGS AND
LOAN ASSOCIATION, F.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GERALDINE I. KAJITANI, individually and as trustee of the GERALDINE I. KAJITANI REVOCABLE TRUST and ARNOLD K. KAJITANI, individually as trustee of the ARNOLD K. KAJITANI REVOCABLE TRUST,<br><br>      Plaintiffs,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.,<br><br>      Defendant. | CIVIL NO. CV 07-00398 SOM/LEK<br><br>**NOTICE OF DISMISSAL, WITHOUT PREJUDICE, OF THIRD-PARTY COMPLAINT, FILED MARCH 28, 2008;**<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>Trial Date: November 18, 2008 |

| | |
|---|---|
| DOWNEY SAVINGS AND LOAN ASSOCIATION, F. A.,<br><br>       Third-Party Plaintiff,<br><br>   vs.<br><br>DANA CAPITAL GROUP, INC., MATTHEW GREEN, and MARK ATALLA,<br><br>       Third-Party Defendants. | |

## NOTICE OF DISMISSAL, WITHOUT PREJUDICE, OF THIRD-PARTY COMPLAINT FILED MARCH 28, 2008

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Third-Party Plaintiff DOWNEY SAVINGS AND LOAN ASSOCIATION, F. A., give notice that it hereby dismisses, without prejudice, the third-party complaint filed herein on March 28, 2008.

No answer, responsive pleading, or motion for summary judgment, has been served by any of the third-party defendants. There are no remaining parties and/or issues. Trial has been set for November 18, 2008.

DATED:  Honolulu, Hawaii, November 13, 2008.

        CADES SCHUTTE LLP
        A Limited Liability Law Partnership

        _____
        NICHOLAS C. DREHER
        THEODORE D. C. YOUNG
        Attorneys for Defendant and
        Third-Party Plaintiff
        DOWNEY SAVINGS AND LOAN
        ASSOCIATION, F.A.